BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCCLAIN | CASE NO.  CIV-10-1197 GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 15, 2010, to January 7, 2011.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

Dated: November 15, 2010      */s/Bess M. Brewer*
     BESS M. BREWER
     Attorney at Law

     Attorney for Plaintiff

Dated:November 15, 2010      Benjamin G. Wagner

     United States Attorney

     */s/ Kathyrn Watson*
     KATHYRN WATSON

     Special Assistant U.S. Attorney
     Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 17, 2010      /s/ Gregory G. Hollows

     GREGORY G. HOLLOWS
     U.S. MAGISTRATE JUDGE

mcclain.eot

2