1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCCLAIN        )<br>                          )<br>                          )<br>          Plaintiff,      )<br>                          )<br>v.                        )<br>                          )<br>MICHAEL J. ASTRUE         )<br>Commissioner of Social Security )<br>of the United States of America, )<br>                          )<br>          Defendant.      )<br>_____) | CASE NO.  CIV-10-1197 GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 7, 2011 to January 25, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1
2
3 | Dated: January 7, 2011 | */s/Bess M. Brewer*
4 | | BESS M. BREWER
  | | Attorney at Law
5 | | Attorney for Plaintiff
6
7
8 | Dated:January 7, 2011 | Benjamin G. Wagner
9 | | United States Attorney
10 | | /s/ *Kathyrn Watson*
  | | KATHYRN WATSON
11
12 | | Special Assistant U.S. Attorney
13 | | Attorneys for Defendant
14 | | **ORDER**
15 | APPROVED AND SO ORDERED.
16 | DATED: January 13, 2011 | /s/ Gregory G. Hollows
17 | | GREGORY G. HOLLOWS
  | | U.S. MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

2