1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 454-3111
4   Facsimile: (916) 454-3131

5   Attorneys for Plaintiff

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11  **THOMAS W. MCCLAIN**              )        **CASE NO.  CIV-10-1197 GGH**
                                       )
12                                     )
                                       )
13                                     )        **STIPULATION AND ORDER**
             **Plaintiff,**            )        **EXTENDING PLAINTIFF'S TIME TO**
14                                     )        **FILE MEMORANDUM IN SUPPORT**
    **v.**                             )        **OF SUMMARY JUDGMENT**
15                                     )
    **MICHAEL J. ASTRUE**              )
16  **Commissioner of Social Security**)
    **of the United States of America,**)
17                                     )
             **Defendant.**            )
18  _____)

19

20          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22  this case is hereby extended from January 25, 2011 to January 28, 2011,  due to Plaintiff's counsel's

23  need to finish an older brief also due today.   Defendant's response shall be due March 1, 2011, due to

24  scheduling conflicts.

25  / / / /

26  / / / /

27  / / / /

28

                                              1

1

2

3  Dated: January 25, 2011            */s/Bess M. Brewer*
                                      BESS M. BREWER
4                                     Attorney at Law

5                                     Attorney for Plaintiff

6

7
   Dated:January 25, 2011             Benjamin G. Wagner
8
                                      United States Attorney
9
                                      /s/ *Kathyrn Watson*
10                                    KATHYRN WATSON

11

12                                    Special Assistant U.S. Attorney
                                      Attorneys for Defendant
13

14                        **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: January 27, 2011        /s/ Gregory G. Hollows

17                                    GREGORY G. HOLLOWS
                                      U.S. MAGISTRATE JUDGE
18
    mcclain.eot3
19

20

21

22

23

24

25

26

27

28

2